```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
                                       :
UNITED STATES OF AMERICA               :
                                       :   23-MAG-1448
    -against-                          :
                                       :   ORDER
                                       :
LEONARDO ORTIZ                         :
                                       :
        Defendant                      :
                                       :
---------------------------------------X
```

Honorable Barbara Moses, U.S. Magistrate Judge:

    ORDERED that the defendant's bail be modified to include: drug testing/treatment as directed by Pretrial Services.

Dated: New York, New York
      April 4, 2023

SO ORDERED:

_____
Barbara Moses
United States Magistrate Judge